IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA J. HASKINS**                                                                 **PLAINTIFF**

VS.                            CASE NO. 3:06CV00231 JMM

**BIG LOTS**                                                                                **DEFENDANT**

## ORDER

The Motion for Admission *Pro Hac Vice* filed by Paul D. Waddell is granted (#8). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Stephen X. Munger and Gregory L. Smith, Jr. are hereby permitted to appear and participate in this action as counsel for the defendant.

IT IS SO ORDERED this   26   day of January, 2007.

_____
James M. Moody
United States District Judge