IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA J. HASKINS**                                                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 3:06CV00231 JMM**

**BIG LOTS**                                                                                                **DEFENDANT**

**ORDER**

Plaintiff's Motion for Appointment of Counsel is referred to the Magistrate Judge for appropriate action (#16).

IT IS SO ORDERED THIS   2   day of   May  , 2007.

_____
James M. Moody
United States District Court