IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA J. HASKINS                                                                                    PLAINTIFF

V.                                               NO. 3:06cv00231 JMM

BIG LOTS                                                                                                 DEFENDANT

### ORDER

Plaintiff's appointed counsel, Thomas S. Stone, has filed a request for partial disbursement of funds from the Court's Reimbursement of Out-of-Pocket Expenses Fund pursuant 28 U.S.C. § 1915 and Local Rule 83.6 of the Rules of the United States District Court for the Eastern District of Arkansas (docket entry #27).  Counsel requests reimbursement for court reporting services he expects to incur in connection with deposing Brian Kitchens and Anthony Brock.  Counsel requests the Court to authorize reimbursement of expenditures in an amount not to exceed one thousand dollars ($1,000) dollars.

Having considered counsel's motion pursuant to the guidelines and policies of the Fund, the Court hereby GRANTS counsel's request (docket entry #27).  An application for an exact disbursement amount may be made to this Court following the depositions of Kitchens and Brock.

IT IS SO ORDERED this 22nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE