IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA J. HASKINS**                                                                              **PLAINTIFF**

VS.                                         CASE NO.  3:06CV00231 JMM

**BIG LOTS**                                                                                        **DEFENDANTS**

### ORDER

The Joint Motion to Extend the Deadline for Designating Evidentiary Depositions and Filing the Pretrial Disclosure Sheet is granted (#47).   These deadlines are stayed until the Court has ruled on the pending Motion for Summary Judgment.

IT IS SO ORDERED THIS   24   day of  January , 2008.

_____
James M. Moody
United States District Judge