**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO  DIVISION**

**BARBARA J. HASKINS**                                                                **PLAINTIFF**

**VS.**                               **CASE NO. 3:06CV00231 JMM**

**BIG LOTS**                                                                          **DEFENDANT**

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that

plaintiff's complaint against defendant be, and is, dismissed with prejudice.

IT IS SO ORDERED this  1   day of   February, 2008.


_____
James M. Moody
United States District Judge