IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBARA J. HASKINS                                                                                    PLAINTIFF

Vs.                                    CASE NO.  3:06cv00231 JMM

BIG LOTS                                                                                                DEFENDANT

## ORDER

Pending before the Court is the Bill of Costs, by Thomas S. Stone for the reimbursement of out-of-pocket expenses (docket entry #54). Mr. Stone was previously granted approval for anticipated costs of $1,000.00 for the taking of depositions (docket entry #28).  Having considered the Bill of Costs pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of one thousand three hundred thirty dollars and ninety two cents ($1,330.92) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 23rd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE